IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN A. LAVORGNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1610 |
| | ) | |
| JOHN E. POTTER, | ) | Chief Judge Ambrose |
| Postmaster General, | ) | |
| U.S. Postal Service, | ) | *(Electronic Filing)* |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, to wit, this 10th day of Aug., 2007, the parties having stipulated and agreed that the above-captioned case be dismissed with prejudice, each party to bear its own costs, it is so ORDERED. *This case is closed forthwith.*

*Donetta F. Ambrose*
UNITED STATES DISTRICT JUDGE